IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CURTIS A. FIFIELD and
DEBBIE A. HILL,

        Plaintiffs,

    v.

COUNTRYWIDE HOME LOANS, INC., et al,

        Defendants.

Civ. No. 10-3071-CL

**ORDER**

---

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error in the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#5) is adopted. This case is dismissed.

IT IS SO ORDERED.

DATED this  //  day of April, 2011.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER